# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ALAN HAROLD ROEBKE, | Civil Nos. 18-1273 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| BARBARA KREISMAN, et al, | **AND RECOMMENDATIONS** |
| Defendants, | |

_____

Alan Harold Roebke, Box 333, Alexandria, MN 56308-0333, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The application to proceed in forma pauperis of Plaintiff Alan Harold Roebke, [Docket No. 2], is **DENIED**.

3. Plaintiff Alan Harold Roebke's Motion for Injunctive Relief, [Docket No. 3], is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 13, 2018　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court